## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| SHANICE KLOSS, individually and on behalf of similarly situated individuals, | ) ) ) | |
| *Plaintiff*, | ) ) | No. 18-cv-7986 |
| v. | ) ) | Hon. John Robert Blakey |
| MH SUB I, LLC, D/B/A VBULLETIN, a Delaware limited liability company, | ) ) ) | Magistrate Judge Maria Valdez |
| *Defendant*. | ) ) | |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by and between Plaintiff Shanice Kloss ("Plaintiff") and Defendant MH Sub I, LLC ("Defendant"), through their undersigned counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is hereby dismissed with prejudice as to the claims of Plaintiff, and without prejudice as to the claims of the members of the putative class, with each party to bear its own costs.

IT IS SO STIPULATED.

| PLAINTIFF | DEFENDANT |
|---|---|
| SHANICE KLOSS | MH SUB I, LLC |
| By: /s/ Jad Sheikali<br>*One of her attorneys* | By: /s/ Rachel L. Schaller<br>*One of its attorneys* |
| Evan M. Meyers<br>Jad Sheikali<br>MCGUIRE LAW, P.C.<br>55 W. Wacker Drive, 9th Fl.<br>Chicago, IL 60601<br>Tel: (312) 893-7002<br>emeyers@mcgpc.com<br>jsheikali@mcgpc.com | Justin Flamm<br>Daniel R. Saeedi<br>Rachel L. Schaller<br>TAFT STETTINIUS & HOLLISTER LLP<br>111 E. Wacker Drive, Suite 2800<br>Chicago, IL 60601<br>flamm@taftlaw.com<br>dsaeedi@taftlaw.com<br>rschaller@taftlaw.com |

1

## CERTIFICATE OF SERVICE

I hereby certify that, on August 16, 2019, I filed the foregoing *Stipulation of Dismissal* using the Court's CM/ECF Filing System, which will cause a true and correct copy to be sent via electronic transmission to all counsel of record.

/s/ Jad Sheikali