# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Shanice Kloss

                        Plaintiff,

v.                                               Case No.: 1:18–cv–07986
                                                          Honorable John Robert Blakey

MH SUB I, LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 9, 2019:

      MINUTE entry before the Honorable John Robert Blakey: Based upon the filing of the stipulation of dismissal [46], this case is dismissed with prejudice as to the claims of Plaintiff, and without prejudice as to the claims of the members of the putative class, with each party to bear its own costs. All pending deadlines and hearings are stricken. Any pending motions are denied as moot. Civil case terminated. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.